## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## ROCKY LEE VANDEBERG,
aka Rocky Vanderberg,
*Defendant-Appellant.*

Deschutes County Circuit Court
11FE0934; A157515

389 P3d 1196

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Lindsey K. Detweiler, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Shannon T. Reel, Assistant Attorney General, filed the brief for respondent.

Before Sercombe, Presiding Judge, and Flynn, Judge, and DeHoog, Judge.

## PER CURIAM

Defendant appeals a judgment of conviction for two counts of first-degree sexual abuse, ORS 163.427, raising three assignments of error. We reject defendant's first and second assignments of error without discussion, and write only to address his third assignment. In that assignment of error, defendant asserts that the trial court erred when it failed to merge the two guilty verdicts into a single conviction for first-degree sexual abuse. *See* ORS 161.067; *State v. Parkins*, 346 Or 333, 347-55, 211 P3d 262 (2009); *see also State v. Black*, 270 Or App 501, 348 P3d 1154 (2015). The state concedes that, under the circumstances of this case, the trial court so erred. We agree, and accept the concession.

Convictions on Counts 1 and 2 reversed and remanded for entry of judgment of conviction for one count of first-degree sexual abuse; remanded for resentencing; otherwise affirmed.